```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                   :
DEAN A. LEWIN,                     :
                                   :   No. 19-cv-953 (NLH)
               Petitioner,         :
                                   :
          v.                       :   MEMORANDUM OPINION
                                   :
WARDEN DONALD J. LOMBARDO,         :
et al.,                            :
                                   :
               Respondents.        :
_____:
```

IT APPEARING THAT:

1. Petitioner Dean A. Lewin filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

2. On January 2, 2019, the Clerk's Office mailed to Petitioner a "Notice of Electronic Filing" ("NEF") for a letter Petitioner sought to file with the Court. ECF No. 18. The NEF was sent to Petitioner's address of record at the Cape May Correctional Center in Cape May Court House, New Jersey. See id.

3. The NEF mailed to Petitioner's address of record has been returned to sender with the envelop marked "Return to Sender, Not Deliverable As Addressed, Unable To Forward." See id. It appears that Petitioner is no longer residing at the Cape May Correctional Facility.

4. Petitioner has not communicated with the Court

regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5.  Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Petitioner updating his contact information to satisfy the appropriate Rules.

6.  An appropriate order follows.


Dated: April 3, 2019            s/ Noel L. Hillman
At Camden, New Jersey       NOEL L. HILLMAN, U.S.D.J.